* This panel unanimously finds this case suitable for decision without oral argument. *See*

that the IRS "ha[d] processed taxpayers claims for refund and ha[d] determined taxpayer's [sic] tax liability as zero in all the subject years." The record indicates, however, that these "refunds" were rescinded shortly after being issued and that the original assessments were fully reinstated. The District Court had before it proper evidence of Asirus' actual tax liability and considered it accordingly.

### CONCLUSION

For the foregoing reasons, we AFFIRM the District Court.

**Yashpal SAINI, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–70062.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007 *.

Filed Feb. 26, 2007.

Fed. R.App. P. 34(a)(2).

Nicholas W. Marchi, Esq., Seattle, WA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Nancy E. Friedman, Esq., Terri Jane Scardon, Joshua E. Braunstein, Esq., John S. Stevens Fax, U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, TASHIMA and THOMAS, Circuit Judges.

MEMORANDUM **

  Respondent's opposed motion for summary disposition is granted because

the questions raised by this petition for review are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). The Board of Immigration Appeals (BIA) did not abuse its discretion in denying petitioner's motion to reopen as untimely because the motion to reopen was filed more than ninety days after the BIA's prior decision. *See* 8 C.F.R. § 1003.2(c)(2), (3); *Rodriguez–Lariz v. INS,* 282 F.3d 1218, 1222 (9th Cir.2002) (BIA's denial of a motion to reopen is reviewed for abuse of discretion). Accordingly, this petition for review is denied.

All other pending motions are denied as moot.

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.